FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 20 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00296-JAD-PAL-6 |
| vs. | |
| KOLONA MARSHALL, | |
| Defendant. | **ORDER** |

On June 20, 2017, this Court granted the Motion to Dismiss Counsel and Appoint New Counsel (doc. 144).

Accordingly, IT IS HEREBY ORDERED that RUSSEL E. MARSH, is APPOINTED as counsel for Kolona Marshall in place of Michael R. Pandullo's Office for all future proceedings. Michael R. Pandullo's office shall forward the file to Mr. Marsh forthwith.

DATED this 20th day of June, 2017.

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE