RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rmarsh@wswlawlv.com
Attorney for Defendant Kolona Marshall

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO. 2:16-CR-0296-JAD-PAL |
| KOLONA MARSHALL, | **STIPULATION TO CONTINUE SENTENCING** |
| Defendant. | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, DAYLE ELIESON, United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, and Defendant Kolona Marshall, through her counsel, RUSSELL E. MARSH, WRIGHT STANISH & WINCKLER, that the sentencing hearing currently scheduled for May 14, 2018, at 11:00 am, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is currently in pretrial detention, at the Nevada Southern Detention Center. Ms. Marshall requests this continuance, so that she can complete a parenting class at the facility prior to sentencing.

2. In addition, Defense counsel needs additional time to prepare for Defendant Marshall's sentencing.

3. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

Dated this 4th day of April, 2018.

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Attorney for Defendant Hudson | BY /s/ Susan Cushman<br>SUSAN CUSHMAN<br>Assistant U.S. Attorney's |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KOLONA MARSHALL, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:16-CR-00296-JAD-PAL <br><br> **ORDER** |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Kolona Marshall in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for May 14, 2018 at 11:00 a.m., be vacated and continued to July 2, 2018, at the hour of 10:00 a.m.

DATED this 4th day of April, 2018.

_____
JENNIFER A. DORSEY
United States District Judge