UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Kolona Marshall

Case No.: 2:16CR00296

**SUPERVISION REPORT**
**REQUEST FOR TRANSFER OF JURISDICTION**

August 5, 2021

TO:   The Honorable Jennifer A. Dorsey
      U.S. District Judge

On July 2, 2018, your Honor sentenced Kolona Marshall to 68 months custody followed by three (3) years supervised release for the offense of Conspiracy to Distribute a Controlled Substance Methamphetamine. On February 26, 2021, Marshall commenced supervised release in the Western District of Kentucky.

Marshall has no ties to the District of Nevada and intends to stay in the Western District of Kentucky for the remainder of his supervision. In an effort to expedite any future matters which may require the Court's attention, the Western District of Kentucky has respectfully requested transfer of jurisdiction for the remainder of Kolona Marshall's supervision. Should the Court agree with this request, transfer of jurisdiction forms are attached for your Honor's signature.

Should the court have any questions, please contact the undersigned officer at (702) 527-7295 and gabriella_mitchell@nvp.uscourts.gov

                                        Respectfully submitted,


                                        _____
                                        Gabriella Mitchell
                                        United States Probation Officer Assistant

Approved:


_____
Todd Fredlund
Supervisory United States Probation Officer

| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:16CR00296 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Nevada | DIVISION U.S. Probation Office |
|---|---|---|
| Kolona Marshall Nevada Southern Detention Center Pahrump, Nevada 89060 | NAME OF SENTENCING JUDGE Jennifer A. Dorsey | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/26/2021 | TO 2/25/2024 |

OFFENSE
21 USC §§ 846 and 841(a)(1) and (b)(1)(C) Conspiracy to Distribute a Controlled Substance - Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/6/2021  
*Date*       [signature]  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Kentucky

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*      *United States District Judge*